UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry A. Pittsenbarger

    Plaintiff,

vs.

University of California Davis

    Defendant(s).

CASE NO. C 07 3505

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

    Address  106 Edgewater Court

    City, State & Zip Code  Hendersonville, TN  37075

    Phone  615-824-1235

2. Defendant is located at:

    Address  100 Research Drive

    City, State & Zip Code  Davis, CA  95616

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)        - 1 -

1      c. __ Failure to promote me.

2      d. ✓ Other acts as specified below.

3  Defendant failed to pay women equal wages for equal work.

4  _____

5  _____

6  _____

7  _____

8  _____

9  5.    Defendant's conduct is discriminatory with respect to the following:

10     a. __ My race or color.

11     b. __ My religion.

12     c. ✓ My sex.

13     d. __ My national origin.

14     e. ✓ Other as specified below.

15 Equal Pay

16 6.    The basic facts surrounding my claim of discrimination are:

17 Plaintiff was hired by Defendant on or around September 1, 2004 to work in the State Department of Health

18 Services in Sacramento. The job classification for my position was Program Analyst VI. Contemporaneous

19 with my hire, two men and one other woman were hired for the same position. On or around August 15, 2005

20 I learned that the male hires were paid $30,000 more annually than both the other female hire and I were paid.

21 Moreover, the male hires were permitted to negotiate for their salaries, whereas the other female and I were not

22 Both of the female hires held advanced degrees, while neither of the male hires held the advanced degrees.

23

24

25 7.    The alleged discrimination occurred on or about September 01, 2004.

26                                    (DATE)

27 8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)              - 2 -

1 | discriminatory conduct on or about ___03/20/2006___.
2 | (DATE)
3 | 9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about ___June 01, 2007___.
5 | (DATE)
6 | 10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes ✓   No ____
8 | 11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.
10 |
11 | DATED: 07/01/2007                    *Jerry A. Pittsenbarger*
12 |                                       SIGNATURE OF PLAINTIFF
13 |
14 | (PLEASE NOTE: NOTARIZATION        Jerry A. Pittsenbarger
15 | IS NOT REQUIRED.)                 PLAINTIFF'S NAME
16 |                                   (Printed or Typed)

Form-Intake 2 (Rev. 4/05)            - 3 -



U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5057 2822

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

Ms. Jerry A. Pittsenbarger
106 Edgewater Ct.
Hendersonville, TN  37075

May 16, 2007

Re: EEOC Charge Against University of California at Davis
    No. 550200600321

Dear Ms. Pittsenbarger:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
    University of California at Davis