UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBAO<br><br>    Plaintiff,<br><br>V.<br><br><br>UNIVERSITY OF CALIFORNIA<br><br>    Defendant, | Case No. C 07-3505 JL<br><br>ORDER RE APPLICATION<br>    TO PROCEED<br>IN FORMA PAUPERIS |

[X]    IT IS ORDERED that the application to proceed <u>in forma pauperis</u> is **GRANTED** and that the Clerk issue summons.
IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit and this order upon the defendant.

[ ]    IT IS ORDERED that the application to proceed <u>in forma pauperis</u> is **DENIED**, and that the filing fee of $150.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

[ ]    IT IS ORDERED that the application to proceed <u>in forma pauperis</u> is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 7-11-07

JAMES LARSON
CHIEF MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7
o:\mrg\civil\ordappl.ifp