# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3505 JL

V.

UNIVERSITY OF CALIFORNIA DAVIS

TO: (Name and address of defendant)

University of California Davis
100 Research Drive,
Davis, CA 95616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jerry A. Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  7/24/07

(BY) DEPUTY CLERK
GLORIA ACEVEDO