**USM-285 is a 5-part form. Fill ☐ the form and print 5 copies. Sign as nee ☐ and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED FILED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JERRY A. PITTSENBARGER | 07-3505 JL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| UNIVERSITY OF CALIFORNIA DAVIS | SUMMONS, COMPLAINT, ORDER |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT { UNIVERSITY OF CALIFORNIA DAVIS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

100 Research Drive, Davis CA 95616

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| JERRY A. PITTSENBARGER<br>106 EDGEWATER COURT<br>HENDERSONVILLE, TN 37075 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                           Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-3080 | DATE<br>7/24/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 097 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/24/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Michael Sweeney, Assoc. Campus Counsel | |
| Address (*complete only different than shown above*)<br>UC Davis<br>Emil Mrak Hall Rm 230<br>Office of Campus Counsel | Date 8/2/07    Time 12:50 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>90.- | Total Mileage Charges including *endeavors*<br>16.73 | Forwarding Fee | Total Charges<br>106.73 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 7/24/07 - FWD to E/CA LAC to Serve

8/2/07 40.8 RT. mi. 2Hr.

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00