**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Jason G. Pope, SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA
(Erroneously sued as UNIVERSITY OF CALIFORNIA DAVIS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER | CASE NO. C 07 3505 JL |
| Plaintiff, | **DEFENDANT REGENTS' ANSWER TO COMPLAINT** |
| v. | |
| UNIVERSITY OF CALIFORNIA DAVIS | |
| Defendant. | |

Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Defendant"), erroneously sued as University of California Davis, hereby answers Plaintiff's Complaint for Damages as follows:

**PARTIES**

1.  Answering paragraph 1, Defendant lacks sufficient information or knowledge to enable it to answer the allegations contained in said paragraph, and basing its denial on that ground, generally and specifically denies each and every remaining allegation contained in this paragraph.

2.  Answering paragraph 2, Defendant, REGENTS OF THE UNIVERSITY OF

{00524346.RTF}
Case No. C 07 3505 JL        1        Answer to Complaint

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

CALIFORNIA, is a stated wide entity which directs and administers the University of California, a public higher educational institution located within the State of California. University of California, Davis is a campus within part of the statewide public university system and is located within the City of Davis, California, but denies it is a proper party defendant or an entity capable of being sued.

## JURISDICTION

3.  Answering paragraph 3, Defendant contends that said paragraph contains conclusions of law rather than averments of fact and therefore no answer is required. To the extent this paragraph seeks to assert venue is proper in this district, Defendant denies that this is the proper venue for this case.

## STATEMENT OF FACTS

4.  Answering paragraph 4, Defendant denies generally and specifically the allegations contained herein

5.  Answering paragraph 5, Defendant denies generally and specifically the allegations contained herein

6.  Answering paragraph 6, Defendant admits that it hired Plaintiff with a term of employment beginning September 20, 2004. Plaintiff was stationed at the California Department of Health Services in Sacramento. Defendant further admits that Plaintiff was hired for the position of Emergency Planner (Analyst VI). Defendant also admits that two men and one woman were hired in August 2004 into Emergency Planner (Analyst VI) positions. For the remainder of the allegations in paragraph 6, Defendant responds it lacks sufficient information or knowledge to enable it to answer the allegations contained in said

paragraph, and basing its denial on that ground, generally and specifically denies each and every remaining allegation contained in this paragraph.

7.  Answering paragraph 7, Defendant denies generally and specifically the allegations contained herein.

8.  Answering paragraph 8, Defendant admits that Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) on or around March 20, 2006. For the remainder of the allegations in paragraph 8, Defendant denies generally and specifically the allegations contained herein.

9.  Answering paragraph 9, Defendant admits that the EEOC issued a right to sue letter. For the remainder of the allegations in paragraph 6, Defendant responds it lacks sufficient information or knowledge to enable it to answer the allegations contained in said paragraph, and basing its denial on that ground, generally and specifically denies each and every remaining allegation contained in this paragraph.

10. Answering paragraph 10, Defendant responds that this is a jury demand to which no response is required.

11. Answering paragraph 11, Defendant responds that this is a prayer for relief to which no response is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff filed this action in an improper venue.

/ / /

/ / /

## SECOND AFFIRMATIVE DEFENSE

To the extent Plaintiff failed to timely comply with the requirements of Title VII in regard to filing this action or her charge of discrimination, her claims are barred.

## THIRD AFFIRMATIVE DEFENSE

At all times, Defendant acted in good faith, without malice, and took the actions it did for legitimate non-discriminatory reasons.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred pursuant to 42 U.S.C. § 1981(b)(1).

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from claiming injury or damage because she failed to mitigate her damages, if any.

## SIXTH AFFIRMATIVE DEFENSE

Defendant at all times exercised reasonable care to prevent and correct promptly any discriminatory behavior and Plaintiff employee unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred insofar as she has failed to exhaust the requisite administrative and judicial remedies available to her.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's complaint and each claim for relief is barred by the applicable statute of limitations.

///

Wherefore, Defendant prays that Plaintiff take nothing by her Complaint; that it is awarded costs and reasonable attorney's fees; and such other and further relief as the Court deems just and proper.

Dated:  August 21, 2007

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Nancy J. Sheehan
Jason G. Pope
Attorneys for Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA

CASE NAME:   *Pittenbarger v. University of California Davis*
CASE NO.:    United States District Court Case No. C 07 3505 JL

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **August 21, 2007**, I served the following:

**DEFENDANT REGENTS' ANSWER TO COMPLAINT**

| | |
|---|---|
| | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>❏ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| X | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **August 21, 2007**, at Sacramento, California.

Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

Proof of Service