**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Jason G. Pope, SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as UNIVERSITY OF CALIFORNIA DAVIS)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS<br><br>    Defendant.<br>_____/ | CASE NO. C 07 3505 JL<br><br>**DEFENDANT REGENTS' DEMAND FOR JURY TRIAL** |

Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, ("Defendant"), erroneously sued as University of California Davis, hereby demands a trial by jury in the above-entitled action pursuant to the provisions of the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

Dated: August 21, 2007

                              PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By _____
                                  Nancy J. Sheehan
                                  Jason G. Pope
                                  Attorneys for Defendant REGENTS OF THE
                                  UNIVERSITY OF CALIFORNIA

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

{00524444.RTF}
Case No. C 07 3505 JL          1          **Demand for Jury Trial**

CASE NAME: *Pittenbarger v. University of California Davis*
CASE NO.: United States District Court Case No. C 07 3505 JL

### DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **August 21, 2007**, I served the following:

**DEFENDANT REGENTS' DEMAND FOR JURY TRIAL**

| | |
|---|---|
| | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>❑ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| X | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **August 21, 2007**, at Sacramento, California.

Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

Proof of Service