**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael J. Baytosh, SBN 176189
Jason G. Pope SBN, 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA
(erroneously sued as University of California Davis)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS<br><br>    Defendant.<br>_____/ | CASE NO.  C 07 3505 JL<br><br>**DECLARATION OF JESSE JK. SZETO IN SUPPORT OF MOTION TO TRANSFER OF VENUE**<br><br>DATE:     October 24, 2007<br>TIME:     9:30 AM<br>CRTRM:  F<br><br>Complaint Filed: 07/5/07 |

I, Jesse JK. Szeto, declare:

1.  I was the Manager of Emergency Services in the Office of Research at the UC Davis campus, an institution of the REGENTS OF THE UNIVERSITY OF CALIFORNIA, ("REGENTS"). I was employed in that position for two years from June 2004 to October 2006. I make this Declaration of my own personal knowledge except as to the facts stated on information and belief, and as to such facts, I believe they are true. If called to do so, I could and would competently testify to matters herein.

2.  The REGENTS is a statewide entity which directs and administers the University

of California, a public higher educational institution located within the State of California. The University of California Davis is a campus within the statewide public university system and is located within the City of Davis, California. Plaintiff was employed by the REGENTS through the University of California Davis campus, but was stationed in Sacramento, California at what was formerly titled the California Department of Health Services ("DHS"), now titled California Department of Public Health.

3. Applications were solicited from Davis for an Emergency Planner position. Plaintiff sought employment with the REGENTS in summer 2004 for that position and submitted her application to Davis. Plaintiff was subsequently interviewed for the position of Emergency Planner in July 2004 also in Sacramento. She was hired in August 2004 and signed a one year employment contract. She started work in September 2004 in Sacramento. A true and correct copy of Plaintiff's Employment Contract is attached hereto as Exhibit "A." She ultimately made her allegations regarding unequal pay in or around August 2005. She signed a second Employment Contract in Sacramento on or around August 2005 and resigned while in Sacramento on or around December 7, 2005. A true and correct copy of Plaintiff's Second Employment Contract is attached hereto as Exhibit "B." During the time she was employed with the REGENTS, Plaintiff lived in the city of Elk Grove, located in Sacramento County. Had she continued her employment with the REGENTS, it would have been at the same location in Sacramento.

4. At all relevant times in regards to Plaintiff's allegations, Plaintiff's co-workers, supervisors, and other witnesses who may have information related to Plaintiff's Complaint worked and/or continued to work in or around Davis and/or Sacramento, California. Specifically, I live in Sacramento, and the two men who were hired at or around the same time as Plaintiff still live in Sacramento and Roseville, both in the Eastern District. It would be very inconvenient for

these witnesses and me to have to travel and spend time away from our business and work located primarily in Sacramento or Davis. In order for me to carry out my responsibilities, I have to meet with officials in the California Department of Public Health in Sacramento and colleagues at UC Davis in Davis. Furthermore, the documents that would be relevant to Plaintiff's allegations are located in or around Sacramento or Davis at the UC Davis Campus or with what was formerly titled the California Department of Health Services, now titled California Department of Public Health, located at Sacramento, California. It is not believed or understood that documents relevant to Plaintiff's allegations are located outside of Sacramento or Davis.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Dated: September 17, 2007

By _____
Jesse JK. Szeto

# EXHIBIT "A"

# UNIVERSITY OF CALIFORNIA, DAVIS

## POSITION DESCRIPTION

Request for:

__X__ Recruitment*

____ Reclassification Review*

____ Update Review

* PLEASE ATTACH A COPY OF A CURRENT ORGANIZATIONAL CHART (INCLUDING NAMES AND PAYROLL TITLES)

CLASSIFICATION UNIT USE ONLY

Approved Payroll Title _____  Title Code _____

CBUC ____ E99 ____   Effective Date _____

Classifier _____  Date _____

---

**1. Name (Last, First, Middle Initial) and Employee Identification Number (UCDMC use PCN#)**

**2. Current Payroll Title, Working Title, Department, and Phone Number**
ANALYST VI, Emergency Planner

**3. Supervisor, Supervisor's Payroll Title, and Phone Number**

**4. Briefly describe the role of this position within the department**
THESE ARE CONTRACT POSITIONS ENDING AUGUST 31, 2005. The Office of the Vice Chancellor for Research (OVCR) has overall responsibility for promotion of scholarship and management of research funding for the campus. The Vice Chancellor manages extramural financial support, furthers research relationships with government and industry and assists faculty in development of their research and scholarly studies. The mission of Emergency Services in the Office of the Vice Chancellor for Research (OVCR) is to develop and support Statewide preparations and response to public health emergencies in partnership with the Emergency Preparedness Office in the California Department of Health Services (CDHS).

Assist CDHS's Emergency Planning Office (EPO) in the design, development and testing of strategic national stockpile warehouse management emergency procedures. Receive, review, evaluate local strategic national stockpile (SNS)/CHEMPACK planning and testing events in the different regions of the State. Conduct a statewide needs assessment of SNS resources and develop procedures and regular tests to correct any identified deficiencies. Coordinate with other agencies in reviewing CDHS's emergency plans and in deploying the SNS plan throughout the State. Review and assess the national CHEMPACK plan and develop recommendations and training material for the State and local CHEMPACK sites.

**5. Special Conditions of Employment (refer to guidelines for completing position description forms before completing this section)**
This position is a critical position and subject to a background check. Employment is contingent upon successful completion of background investigation including criminal history and identity check. Non smoking work environment. Work occasional overtime. Extensive travel to regional sites and meetings throughout California, with 2-3 trips per week during certain parts of the project.

6. List positions supervised by this position (Payroll Title, #FTE):

7. Signatures:
I have read this position description and understand its contents.

*Jerry A. Pittsenbarger*   8-27-04
Employee                                          Date

This position description accurately describes the essential functions assigned to this position.

*[signature]*   9-10-04
Supervisor                                        Date

_____   _____
Department Head                                   Date

8. Describe each essential function of this position in a separate paragraph. List the functions in descending order of importance. ** Please refer to the "Guidelines for Completing Position Description Form" before completing this section. Next, indicate the frequency with which each function is performed, i.e., D=Daily, W=Weekly, etc. Finally, using percentages of not less than 5%, estimate the distribution of the total working time on an annual basis. Total percentage of time must add up to 100%, regardless of the % of time of appointment

| Frequency | %Time | | Functions |
|---|---|---|---|
| A. | DAILY | 50 | PROGRAMMING AND DEVELOPMENT |

Review statewide strategic national stockpile warehouse needs, evaluate transportation requirements and identify potential locations. Review statewide SNS needs, evaluate existing SNS status and develop list of shortfalls in SNS warehouse physical set up. Compare SNS program needs and compare to existing SNS resources. Develop list of ways to meet SNS warehouse shortfalls. Establish schedule of regular tests of SNS ICS system. Assist in writing procedures for the operation of the SNS function in the Joint Emergency Operation Center (JEOC), including review of existing California Department of Health Services (CDHS) emergency plans. Review national plan for CHEMPACK deployment, determine existing California status, and develop recommendations for the allocation of CHEMPACK.

| B. | DAILY | 20 | INTERAGENCY COORDINATION AND ASSISTANCE |

Obtain, review and evaluate local SNS plans. Meet with local representatives to identify SNS deployment issues. After determination of placement, identify ownership of sites and make presentations on the deployment of CHEMPACK.

| C. | DAILY | 30 | TRAINING MATERIAL DEVELOPMENT |

Write strategic national stockpile warehouse ICS operating procedure. Set up and conduct tabletop drill of SNS warehouse ICS procedure. Review national plan and evaluate training needs for state staff. Assist in the development and presentation of training on CHEMPACK.

9.. Describe the skills, knowledge, and abilities which are essential for successful performance of this position. List them in descending order of importance and describe the required level of each in terms of the functions performed. Next, indicate the function(s) for which each skill, knowledge and ability is required.

| Function Reference | Skills, Knowledge & Ability |
|---|---|
| ALL | Extensive knowledge of California Standardized Emergency Management System (SEMS). |

| | |
|---|---|
| ALL | Demonstrated experience in logistical management of equipment and staff. |
| ALL | Demonstrated knowledge of Incident Command System (ICS). |
| ALL | Extensive experience in applying the principles and practices of planning related to Emergency Management or Response. |
| ALL | Demonstrated experience in reviewing emergency plans and identifying deficiencies. |
| ALL | Demonstrated experience in developing training material and making presentations. |
| ALL | Experience in working and coordinating with state, county, and municipal governments. |
| ALL | Good interpersonal, oral and written communication skills to effectively interact with colleagues, public officials, and supervisors. |
| ALL | Strong analytical skills to identify, collect, and analyze pertinent data, reports, plans, etc. |
| ALL | Skill to use standard computer software such as Microsoft Office. |
| ALL | Skill to interpret, understand, and implement complex policy. |
| ALL | Excellent decision-making skills to independently analyze situations and provide reasoned recommendations and fair and equitable decision making. |
| ALL | Excellent grammar, editing and proofreading skills to write routine correspondence. Skills in writing detailed, analytical reports and proposals that are concise and logical. |
| ALL | Skill to exercise independent judgment and discretion in confidential matters. |
| ALL | Excellent organizational skills to set priorities, achieve timely progress on multiple and simultaneous tasks, meet deadlines, maintain a high level of productivity, and coordinate activities of unit members. Ability to work on multiple concurrent tasks, often with conflicting priorities and multiple constituent demands. |

## UC Davis Principles of Community

The University of California, Davis, is first and foremost an institution of learning and teaching, committed to serving the needs of society. Our campus community reflects and is a part of a society comprising all races, creeds and social circumstances. The successful conduct of the university's affairs requires that every member of the university community acknowledge and practice the following basic principles:

We affirm the inherent dignity in all of us, and we strive to maintain a climate of justice marked by respect for each other. We acknowledge that our society carries within it historical and deep-rooted misunderstandings and biases, and therefore we will endeavor to foster mutual understanding among the many parts of our whole.

We affirm the right of freedom of expression within our community and also affirm our commitment to the highest standards of civility and decency towards all. We recognize the right of every individual to think and speak as dictated by personal belief, to express any idea, and to disagree with or counter another's point of view, limited only by university regulations governing time, place and manner. We promote open expression of our individuality and our diversity within the bounds of courtesy, sensitivity and respect.

We confront and reject all manifestations of discrimination, including those based on race, ethnicity, gender, age, disability, sexual orientation, religious or political beliefs, status within or outside the university, or any of the other differences among people which have been excuses for misunderstanding, dissension or hatred. We recognize and cherish the richness contributed to our lives by our diversity. We take pride in our various achievements, and we celebrate our differences.
We recognize that each of us has an obligation to the community of which we have chosen to be a part. We will strive to build a true community of spirit and purpose based on mutual respect and caring.

April 20, 1990

## PROFESSIONALS AND SUPPORT STAFF
### Contract Appointment

## EMPLOYMENT AGREEMENT

This agreement is entered into on <u>August 27, 2004</u>, by and between The Regents of the University of California (hereinafter "University" or "management") and <u>Jerry A. Pittsenbarger</u>. This agreement sets forth all terms and conditions of employment concerning the appointment of <u>Jerry A. Pittsenbarger</u> (hereinafter "you" or "the appointee") to the position of Emergency Planner, title code <u>7239</u>.

A. TERM OF APPOINTMENT

This appointment is to have a fixed term beginning on <u>September 20, 2004</u> and terminating on <u>August 31, 2005</u>. Your appointment will terminate automatically on the termination date unless the appointment is extended and the contract is renewed prior to the termination date in writing signed by both parties as provided by in Section G of this contract. If the contract is extended it will terminate automatically upon the expiration date unless terminated earlier at the will of you or the University. Although other terms and conditions can be changed from time to time by agreement of the parties, the at-will status of this agreement cannot be changed, amended, or altered.

B. DUTIES AND RESPONSIBILITIES

Your duties and responsibilities shall be those set forth in the job description annexed hereto and incorporated in this agreement. Additional duties may be assigned to you and the job description may be modified from time to time by management to in order to accommodate changing circumstances and needs. Your duties and responsibilities shall be conducted in accordance with the University's policies, procedures, and rules as established by management. You agree to perform all the duties set forth in the job description as well as those assigned from time to time by management.

C. HOURS OF WORK

Your appointment is at <u>100%</u> percent of full time. Your normal workday shall be from <u>8AM</u> to <u>5PM</u> and the normal workweek shall be from Monday to Friday. As required by the University, hours shall be scheduled to accommodate operational needs.

As an exempt employee you are not eligible to receive overtime compensation or compensatory time off or additional compensation beyond the established salary for the position; greater emphasis is placed on meeting the responsibilities assigned to the position than on working a specified number of hours.

D. COMPENSATION AND BENEFITS

1. <u>Salary</u>

This position is assigned to a payroll title of __7239__, and salary grade of __6__ (if applicable). The salary for this position is $6,041.67 per month. Changes in salary shall be by contract revision.

2. <u>Benefits</u>

You shall be eligible for University health and welfare benefits in accordance with the benefits eligibility requirements of the University of California Benefits Program and Retirement System regulations.

E. APPLICATION OF PERSONNEL POLICIES FOR STAFF MEMBERS

1. <u>Policies Applicable to All Contract Appointments</u>

The University *Personnel Policies for Staff Members* listed below are incorporated into this agreement

| | |
|---|---|
| Policy 1 | General Provisions |
| Policy 12 | Nondiscrimination in Employment |
| Policy 21 | Appointment (Sections E, F, and G only) |
| Policy 31 | Hours of Work (Section A/Exempt;) |
| Policy 34 | Incentive Awards (if eligibility criteria are met) |
| Policy 35 | Protective Clothing, Equipment, and Uniforms (if applicable) |
| Policy 43 | Leave of Absence (Sections A-C, E, and G only) |
| Policy 44 | Work Incurred Illness or Injury (Sections A, B, D-F only) |
| Policy 45 | Military Leave |
| Policy 46.B | Administrative Leave (with pay) (for *exempt* employees) |
| Policy 70 | Complaint Resolution (Discrimination Complaints only) |
| Policy 80 | Staff Personnel Records |

2

| | |
|---|---|
| Policy 81 | Reasonable Accommodation (Sections A and B only) |
| Policy 82 | Conflict of Interest |
| Policy 83 | Death Payments (if eligibility criteria are met) |

These policies may be changed by the University at any time.

2. <u>Additional Policies Applicable to 50 Percent Time or More Appointments</u> [**may be added to contract at management's discretion**]:

The following policies are incorporated if the appointee is at 50 percent time or more:

| | |
|---|---|
| Policy 40 | Holidays (if eligibility criteria are met) |
| Policy 41 | Vacation (if eligibility criteria are met) |
| Policy 42 | Sick Leave (if eligibility criteria are met) |

These policies may be changed by the University at any time.

3. In addition, current and/or amended Presidential policies regarding *Reporting Improper Governmental Activities and Protection Against Retaliation for Reporting Improper Activities*, the *Policy on Substance Abuse*, the University's Patent Agreement policy and Electronic Mail policy, as well as other policies of general application which the University may promulgate from time to time, shall apply.

4. No other provisions of *Personnel Policies for Staff Members* shall apply.

F. REIMBURSEMENT OF EXPENSES INCURRED BY STAFF MEMBER

With prior University approval, you shall be entitled to reimbursement of expenses (including travel expenses) incurred by you on behalf of the University in the performance of your duties. Reimbursement shall be in accordance with University policies on travel and expense reimbursement. These policies may be amended by the University at any time.

G. TERMINATION AND RENEWAL OF APPOINTMENT

If the appointment is for a definite term, the appointment will terminate automatically on the termination date specified in this contract unless, prior to the termination date, the appointment is extended and the contract is renewed. In addition, an appointment, whether definite or indefinite

term, may be terminated at any time by either party, with or without cause, by serving written notice on the other party. Termination is not reviewable under Staff Policy 70, Complaint Resolution.

H. GENERAL PROVISIONS

This contract constitutes the entire agreement between the parties and supersedes any other agreement written or oral. The terms of this agreement may be modified only by subsequent written agreement signed by both parties. In the event that any part of this agreement is declared or rendered invalid by court decision or statute, the remaining provisions of the agreement shall remain in full force and effect. California law shall govern the interpretation and construction of this agreement.

EMPLOYEE SIGNATURE

*Jerry A. Pittsenbarger*    DATE: 8-27-04

SIGNATURE FOR THE UNIVERSITY

_____    DATE: _____
EMPLOYMENT/OUTREACH MANAGER

[This employment contract is not effective until the appointee has completed all University required paperwork necessary to become a University contract employee, including the State Oath of Allegiance, Patent Agreement, etc.]

4/21/98

4

# EXHIBIT "B"

# UNIVERSITY OF CALIFORNIA, DAVIS
# POSITION DESCRIPTION

| Request for: | CLASSIFICATION UNIT USE ONLY | |
|---|---|---|
| _x_ Recruitment * | Approved Payroll Title | Title Code |
| ___ Reclassification Review * | | |
| ___ Update Review | CBUC _____ Effective Date _____ | |
| * PLEASE ATTACH A COPY OF A CURRENT ORGANIZATIONAL CHART (INCLUDING NAMES AND PAYROLL TITLES) | Classifier _____ | Date _____ |

### 1. Name (Last, First, Middle Initial) and Employee Identification Number (UCDMC use PCN#)

Pittsenbarger, Jerry   078080389

### 2. Current Payroll Title, Working Title, Department, and Phone Number

ANALYST VI, Emergency Planner

### 3. Supervisor, Supervisor's Payroll Title, and Phone Number

Jesse Szeto, Manager   7-4492

### 4. Briefly describe the role of this position within the department

THESE ARE CONTRACT POSITIONS ENDING AUGUST 30, 2006. Office of Research has overall responsibility for promotion of scholarship and management of research funding for the campus. The Vice Chancellor manages extramural financial support, furthers research relationships with government and industry and assists faculty in development of their research and scholarly studies. The mission of Emergency Services in Office of Research is to develop and support Statewide preparations and response to public health emergencies in partnership with the Emergency Preparedness Office in the California Department of Health Services (CDHS).

Assist CDHS Emergency Preparedness Office (EPO) in the design, development, training and testing of the strategic national stockpile warehouse management emergency procedures. Receive, review, evaluate local strategic national stockpile (SNS)/CHEMPACK planning and testing events in the different regions of the State. Conduct a statewide needs assessment of SNS resources and develop procedures and regular tests to correct any identified deficiencies. Coordinate with other agencies in reviewing CDHS's emergency plans and in deploying the SNS plan throughout the State. Review and assess the national CHEMPACK plan and develop recommendations and training material for the State and local CHEMPACK sites.

### 5. Special Conditions of Employment (refer to guidelines for completing position description forms before completing this section).

This position is a critical position and subject to a background check. Employment is contingent upon successful completion of background investigation including criminal history and identity check. Non-smoking work environment. Work occasional overtime. Extensive travel to regional sites and meetings throughout California, with 2-3 trips per week during certain parts of the project.

6. List positions supervised by this position (Payroll Title, #FTE):

7. Signatures:

I have read this position description and understand its contents.

_____   08/30/05
Employee                          Date

This position description accurately describes the essential functions assigned to this position.

_____   8/30/05
Supervisor                        Date

_____   9/11/05
Department Head                   Date

8. Describe each essential function of this position in a separate paragraph. List the functions in descending order of importance. ** Please refer to the "Guidelines for Completing Position Description Form" before completing this section. Next, indicate the frequency with which each function is performed, i.e., D=Daily, W=Weekly, etc. Finally, using percentages of not less than 5%, estimate the distribution of the total working time on an annual basis. Total percentage of time must add up to 100%, regardless of the % of time of appointment

| Frequency | %Time | Functions | |
|---|---|---|---|
| A. | DAILY | 50 | PROGRAMMING AND DEVELOPMENT |

Review statewide strategic national stockpile warehouse needs, evaluate transportation requirements and identify potential locations. Review statewide SNS needs, evaluate existing SNS status and develop list of shortfalls in SNS warehouse physical set up. Compare SNS program needs and compare to existing SNS resources. Develop list of ways to meet SNS warehouse shortfalls. Establish schedule of regular tests of SNS ICS system. Assist in writing procedures for the operation of the SNS function in the Joint Emergency Operation Center (JEOC), including review of existing California Department of Health Services (CDHS) emergency plans. Review national plan for CHEMPACK deployment, determine existing California status, and develop recommendations for the allocation of CHEMPACK.

| B. | DAILY | 20 | INTERAGENCY COORDINATION AND ASSISTANCE |
|---|---|---|---|

Obtain, review and evaluate local SNS plans. Meet with local representatives to identify SNS deployment issues. After determination of placement, identify ownership of sites and make presentations on the deployment of CHEMPACK.

| C. | DAILY | 30 | TRAINING MATERIAL DEVELOPMENT |
|---|---|---|---|

Write strategic national stockpile warehouse ICS operating procedure. Set up and conduct tabletop drill of SNS warehouse ICS procedure. Review national plan and evaluate training needs for state staff. Assist in the development and presentation of training on CHEMPACK.

9.. Describe the skills, knowledge, and abilities which are essential for successful performance of this position. List them in descending order of importance and describe the required level of each in terms of the functions performed. Next, indicate the function(s) for which each skill, knowledge and ability is required.

| Function Reference | Skills, Knowledge & Ability |
|---|---|
| ALL | Extensive knowledge of California Standardized Emergency Management System (SEMS). |

| | |
|---|---|
| ALL | Demonstrated experience in logistical management of equipment and staff. |
| ALL | Demonstrated knowledge of Incident Command System (ICS). |
| ALL | Extensive experience in applying the principles and practices of planning related to Emergency Management or Response. |
| ALL | Demonstrated experience in reviewing emergency plans and identifying deficiencies. |
| ALL | Demonstrated experience in developing training material and making presentations. |
| ALL | Experience in working and coordinating with state, county, and municipal governments. |
| ALL | Good interpersonal, oral and written communication skills to effectively interact with colleagues, public officials, and supervisors. |
| ALL | Strong analytical skills to identify, collect, and analyze pertinent data, reports, plans, etc. |
| ALL | Skill to use standard computer software such as Microsoft Office. |
| ALL | Skill to interpret, understand, and implement complex policy. |
| ALL | Excellent decision-making skills to independently analyze situations and provide reasoned recommendations and fair and equitable decision making. |
| ALL | Excellent grammar, editing and proofreading skills to write routine correspondence. Skills in writing detailed, analytical reports and proposals that are concise and logical. |
| ALL | Skill to exercise independent judgment and discretion in confidential matters. |
| ALL | Excellent organizational skills to set priorities, achieve timely progress on multiple and simultaneous tasks, meet deadlines, maintain a high level of productivity, and coordinate activities of unit members. Ability to work on multiple concurrent tasks, often with conflicting priorities and multiple constituent demands. |

### UC Davis Principles of Community

The University of California, Davis, is first and foremost an institution of learning and teaching, committed to serving the needs of society. Our campus community reflects and is a part of a society comprising all races, creeds and social circumstances. The successful conduct of the university's affairs requires that every member of the university community acknowledge and practice the following basic principles:

We affirm the inherent dignity in all of us, and we strive to maintain a climate of justice marked by respect for each other. We acknowledge that our society carries within it historical and deep-rooted misunderstandings and biases, and therefore we will endeavor to foster mutual understanding among the many parts of our whole.

We affirm the right of freedom of expression within our community and also affirm our commitment to the highest standards of civility and decency towards all. We recognize the right of every individual to think and speak as dictated by personal belief, to express any idea, and to disagree with or counter another's point of view, limited only by university regulations governing time, place and manner. We promote open expression of our individuality and our diversity within the bounds of courtesy, sensitivity and respect.

We confront and reject all manifestations of discrimination, including those based on race, ethnicity, gender, age, disability, sexual orientation, religious or political beliefs, status within or outside the university, or any of the other differences among people which have been excuses for misunderstanding, dissension or hatred. We recognize and cherish the richness contributed to our lives by our diversity. We take pride in our various achievements, and we celebrate our differences.

We recognize that each of us has an obligation to the community of which we have chosen to be a part. We will strive to build a true community of spirit and purpose based on mutual respect and caring.

April 20, 1990

#05-317

## PROFESSIONALS AND SUPPORT STAFF
### Contract Appointment

### EMPLOYMENT AGREEMENT

This agreement is entered into on <u>August 19, 2005</u> by and between The Regents of the University of California (hereinafter "University" or "management") and <u>Jerry Pittsenbarger</u> This agreement sets forth all terms and conditions of employment concerning the appointment of <u>Jerry Pittsenbarger</u> (hereinafter "you" or "the appointee") to the position of <u>Analyst VI</u>, title code <u># 7239</u>.

A. **TERM OF APPOINTMENT**

This appointment is to have a fixed term beginning on <u>August 31, 2005</u> and terminating on <u>August 30, 2006</u>. Your appointment will terminate automatically on the termination date unless the appointment is extended and the contract is renewed prior to the termination date in writing signed by both parties as provided by in Section G of this contract. If the contract is extended, it will terminate automatically upon the expiration date unless terminated earlier at the will of you or the University. Although other terms and conditions can be changed from time to time by agreement of the parties, the at-will status of this agreement cannot be changed, amended, or altered.

B. **DUTIES AND RESPONSIBILITIES**

Your duties and responsibilities shall be those set forth in the job description annexed hereto and incorporated in this agreement. Additional duties may be assigned to you and the job description may be modified from time to time by management to in order to accommodate changing circumstances and needs. Your duties and responsibilities shall be conducted in accordance with the University's policies, procedures, and rules as established by management. You agree to perform all the duties set forth in the job description as well as those assigned from time to time by management.

C. **HOURS OF WORK**

Your appointment is at 100 percent of full time. Your normal workday shall be from 8am to 5pm and the normal workweek shall be from Monday to Friday. As required by the University, hours shall be scheduled to accommodate operational needs.

As an exempt employee you are not eligible to receive overtime compensation or compensatory time off or additional compensation beyond the established salary for the position; greater emphasis is placed on meeting the responsibilities assigned to the position than on working a specified number of hours.

D. COMPENSATION AND BENEFITS
   1. Salary

   This position is assigned to a payroll title of <u>Analyst VI</u>, title code <u># 7239</u> and salary grade of <u>6</u> (if applicable). The salary for this position is <u>$6222.75</u> per month. Changes in salary shall be by contract revision.

   2. Benefits

   You shall be eligible for University health and welfare benefits in accordance with the benefits eligibility requirements of the University of California Benefits Program and Retirement System regulations.

E. APPLICATION OF PERSONNEL POLICIES FOR STAFF MEMBERS
   1. Policies Applicable to All Contract Appointments

   The University *Personnel Policies for Staff Members* listed below are incorporated into this agreement:

   | Policy | Description |
   |---|---|
   | Policy 1 | General Provisions |
   | Policy 12 | Nondiscrimination in Employment |
   | Policy 21 | Appointment (Sections E, F, and G only) |
   | Policy 31 | Hours of Work (Section A/Exempt; OR Section B/Non-exempt) |
   | Policy 32 | Overtime (*non-exempt* employees only) |
   | Policy 33 | Shift and Weekend Differential (non-exempt employees only) |
   | Policy 34 | Incentive Awards (if eligibility criteria are met) |
   | Policy 35 | Protective Clothing, Equipment, and Uniforms (if applicable) |
   | Policy 43 | Leave of Absence (Sections A-C, E, and G only) |
   | Policy 44 | Work Incurred Illness or Injury (Sections A, B, D-F only) |
   | Policy 45 | Military Leave |
   | Policy 46.B | Administrative Leave (with pay) (for *exempt* employees) |
   | Policy 46.C.1 | Administrative Leave (for *non-exempt* employees) |

2

| | |
|---|---|
| Policy 70 | Complaint Resolution (Discrimination Complaints only) |
| Policy 80 | Staff Personnel Records |
| Policy 81 | Reasonable Accommodation (Sections A and B only) |
| Policy 82 | Conflict of Interest |
| Policy 83 | Death Payments (if eligibility criteria are met) |

These policies may be changed by the University at any time.

2. <u>Additional Policies Applicable to 50 Percent Time or More Appointments</u>

The following policies are incorporated if the appointee is at 50 percent time or more:

| | |
|---|---|
| Policy 40 | Holidays (if eligibility criteria are met) |
| Policy 41 | Vacation (if eligibility criteria are met) |
| Policy 42 | Sick Leave (if eligibility criteria are met) |

These policies may be changed by the University at any time.

3. In addition, current and/or amended Presidential policies regarding *Reporting Improper Governmental Activities and Protection Against Retaliation for Reporting Improper Activities*, the *Policy on Substance Abuse*, the University's Patent Agreement policy and Electronic Mail policy, as well as other policies of general application which the University may promulgate from time to time, shall apply.

4. No other provisions of *Personnel Policies for Staff Members* shall apply.

F. REIMBURSEMENT OF EXPENSES INCURRED BY STAFF MEMBER

With prior University approval, you shall be entitled to reimbursement of expenses (including travel expenses) incurred by you on behalf of the University in the performance of your duties. Reimbursement shall be in accordance with University policies on travel and expense reimbursement. These policies may be amended by the University at any time.

G. TERMINATION AND RENEWAL OF APPOINTMENT

If the appointment is for a definite term, the appointment will terminate automatically on the termination date specified in this contract unless, prior to the termination date, the appointment is extended and the contract is renewed. In addition, an appointment, whether definite or indefinite term, may be terminated at any time by either party, with or without cause, by serving written

notice on the other party. Termination is not reviewable under Staff Policy 70, Complaint Resolution.

H. GENERAL PROVISIONS

This contract constitutes the entire agreement between the parties and supersedes any other agreement written or oral. The terms of this agreement may be modified only by subsequent written agreement signed by both parties. In the event that any part of this agreement is declared or rendered invalid by court decision or statute, the remaining provisions of the agreement shall remain in full force and effect. California law shall govern the interpretation and construction of this agreement.

EMPLOYEE SIGNATURE

*[signature]*                                           DATE: 08/30/05

DEPARTMENT SIGNATURE

*[signature]*                                           DATE: 9/1/05

SIGNATURE FOR THE UNIVERSITY

_____                         DATE: _____
EMPLOYMENT/OUTREACH MANAGER

[This employment contract is not effective until the appointee has completed all University required paperwork necessary to become a University contract employee, including the State Oath of Allegiance, Patent Agreement, etc.]

7/27/04

4

CASE NAME: *Pittenbarger v. University of California Davis*
CASE NO.: United States District Court Case No. C 07 3505 JL

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **September 19, 2007**, I served the following:

**DECLARATION OF JESSE JK. SZETO IN SUPPORT OF MOTION TO TRANSFER VENUE**

| | |
|---|---|
| X | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>☐ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **September 19, 2007**, at Sacramento, California.

_____
Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com