UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JERRY A. PITTSENBARGER,

Plaintiff(s),

CASE NO. C 073505

v.

UNIVERSITY OF CALIFORNIA DAVIS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 10, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael Baytosh/Jason Pope | Regents of the University of California | (916) 929-1481 | mbaytosh@porterscott.com / jpope@porterscott.com |
| Jerry Pittsenbarger | In pro se | (615) 824-1235 | japitts48@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/17/07

Dated: 9/15/07

Attorney for Plaintiff

Attorney for Defendant

Rev 12.05