United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PITTSENBARGER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-3505 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: 9/27/2007

Signature

Counsel for The Regents of the University of California

REQUEST                                                                 1