|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

4  JERRY A. PITTSENBARGER

5          Plaintiff(s),                                              No. 07-03505 JL

6      v.                                                             NOTICE OF IMPENDING
                                                                      REASSIGNMENT TO A UNITED
7                                                                     <u>STATES DISTRICT COURT JUDGE</u>

8  UNIVERSITY OF CALIFORNIA DAVIS

9          Defendant(s).
   _____/
10

11      The Clerk of this Court will now randomly reassign this case to a United States District

12 Judge because either:

13 **XX**   (1)   One or more of the parties has requested reassignment to a United States

14 District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary

16 restraining order) that a United States Magistrate Judge may not take without the consent of

17 all parties, the necessary consents have not been secured, and time is of the essence.

18      The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 10, 2007

19 at 10:30 a.m. and the motion to transfer venue noticed for October 24, 2007 on Magistrate

20 Judge Larson's calendar will **NOT** be held.

21 Dated:  October 1, 2007

22

23

24

25                                             Richard W. Wieking, Clerk
                                               United States District Court
26                                             _____
                                               By: Wings Hom, Deputy Clerk
27

28

reassig1.DCT                                         1