UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER,<br><br>         Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS et al,<br><br>         Defendant._____/ | Case Number: CV07-03505 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry A. Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075


Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk