**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael J. Baytosh, SBN 176189
Jason G. Pope, SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA
(erroneously sued as University of California Davis)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS,<br><br>    Defendant.<br>_____/ | CASE NO. C 07 3505 CRB<br><br>**AMENDED NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1404(a)**<br><br>DATE:   November 9, 2007<br>TIME:   10:00 AM<br>JUDGE:  Hon. Charles R. Breyer<br>CRTRM:  8<br><br>Complaint Filed: 07/5/07 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS:

NOTICE IS HEREBY GIVEN that on October 24, 2004 at 9:30 a.m. in Courtroom F, or as soon thereafter as the matter can be heard, in the United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, California, Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA ("REGENTS"), erroneously sued as the University of California Davis, in Case No. C 07 3505 JL, pending before this Court, will move, and hereby does move, for a Motion to Transfer Venue from the Northern District to the Eastern District pursuant to 28 U.S.C § 1404(a). This motion is based upon this Notice of Motion, the

1  Memorandum of Points and Authorities, the declarations attached to the Memorandum of Points
2  and Authorities, the exhibits attached to the declarations, and any other evidence that may be
3  presented before or at the hearing.

4  Dated: October 2, 2007                           Respectfully Submitted,

                                                    PORTER SCOTT
6                                                   A PROFESSIONAL CORPORATION

8                                                   By _____
                                                        Michael J. Baytosh
9                                                       Jason G. Pope

CASE NAME: *Pittenbarger v. University of California Davis*
CASE NO.: United States District Court Case No. C 07 3505 CRB

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **October 2, 2007**, I served the following:

**AMENDED NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

| | |
|---|---|
| X | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>☐ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **October 2, 2007**, at Sacramento, California.

*/s/ Penny Adams/*
Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com