**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael J. Baytosh, SBN 176189
Jason G. Pope, SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA
(erroneously sued as University of California Davis)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS<br><br>  Defendant.<br>_____/ | CASE NO. C 07 3505 CRB<br><br>**AMENDED DECLARATION OF JASON G. POPE IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>DATE:   November 9, 2007<br>TIME:   10:00 AM<br>JUDGE:  Hon. Charles R. Breyer<br>CRTRM:  8<br>Complaint Filed: 07/5/07 |

I, Jason G. Pope, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California, the United States District Courts for the Eastern and Northern Districts, and am an associate with PORTER SCOTT, attorneys of record for the REGENTS OF THE UNIVERSITY OF CALIFORNIA. I make this Declaration of my own personal knowledge. If called to do so, I could and would competently testify of the matters herein.

2. After numerous back and forth attempts to communicate with Plaintiff, I spoke with her about the concerns with the Complaint and the chosen of venue. During the conversation I inquired as to why she filed in the Northern District and not the Eastern District. She informed

1
DECLARATION OF JASON G. POPE IN SUPPORT OF MOTION TO TRANSFER VENUE
Pittsenbarger v. Regents, C 07 3505 CRB
{00527658.DOC}

me that she had wanted to file it where Sacramento and Davis were located, and that Sacramento and Davis were in the Northern District. When I informed her that Davis and Sacramento were actually in the Eastern District, she appeared surprised and stated she had merely filed where she had been told. I then requested a stipulation for a change of venue.

5. On or about August 17, 2007, I spoke with Plaintiff twice regarding the Complaint and the issues of venue. Plaintiff informed me that she would have to check with the court and get back to me at the start of the next week.

6. Having not heard from Plaintiff regarding the issues of concern, the REGENTS filed an Answer to Plaintiff's Complaint. I spoke with Plaintiff once again on August 22, 2007, to address the issue of venue. Plaintiff said she wanted to file this case where the court told her to file it. When I asked her where she was employed at the time relevant to her claims, she said in Sacramento at the California Department of Health Services. Despite her statement that she had wanted to file it in the District where Sacramento and Davis were located, she was not agreeable to a change of venue. Specifically, she stated she wanted to leave it up to the court to decide.

6. As of today, my efforts to reach a stipulation regarding a change of venue with Plaintiff without needing to file a motion have failed. In light of the fact that Plaintiff filed this case in a District where none of the events giving rise to her complaint were located, and because no agreement or stipulation could be reached to change venue, a motion was necessary.

7. The sole reason for re-noticing and filing this motion with amended documents was due to the reassignment of this case from the Honorable Judge James Larson, Magistrate Judge, to the Honorable Judge Charles R. Breyer, District Court Judge.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Dated: October 2, 2007          By _____
                                    Jason G. Pope

CASE NAME:   *Pittenbarger v. University of California Davis*
CASE NO.:    United States District Court Case No. C 07 3505 CRB

### DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **October 2, 2007**, I served the following:

**AMENDED DECLARATION OF JASON G. POPE IN SUPPORT OF MOTION TO TRANSFER VENUE**

| | |
|---|---|
| X | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>❑ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **October 2, 2007**, at Sacramento, California.

_____
Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com