PORTER | SCOTT
A PROFESSIONAL CORPORATION
Michael J. Baytosh, SBN 176189
Jason G. Pope, SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA
(erroneously sued as University of California Davis)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA DAVIS,<br><br>    Defendant.<br>_____/ | CASE NO.  C 07 3505 CRB<br><br>**AMENDED PROPOSED ORDER REGARDING MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1404(a)**<br><br>DATE:    November 9, 2007<br>TIME:    10:00 AM<br>JUDGE:  Hon. Charles R. Breyer<br>CRTRM: 8<br><br>Complaint Filed: 07/5/07 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS:

Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA's, ("REGENTS"), Motion for Transfer of Venue Pursuant to 28 U.S.C § 1404(a), came regularly before Honorable James Larson, Judge of the United States District Court, on October 24, 2004 at 9:30 a.m. in Courtroom F.

The Court has reviewed and considered the moving papers, the opposition papers, and counsel's oral argument.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. §1404(a), Civil Action C 07 3505 JL, filed in the United States District Court for the Northern District of California, be transferred to the United States District Court for the Eastern District of California.

Dated: October 2, 2007

_____
Hon. Charles R. Breyer
United States District Court Judge

CASE NAME: *Pittenbarger v. University of California Davis*
CASE NO.: United States District Court Case No. C 07 3505 CRB

### DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **October 2, 2007**, I served the following:

**AMENDED PROPOSED ORDER REGARDING MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

| | |
|---|---|
| X | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>☐ Certified Mail/Return Receipt Requested, Article # |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **October 2, 2007**, at Sacramento, California.

_____
Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com