**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael J. Baytosh, SBN 176189
Jason G. Pope SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA
(erroneously sued as University of California Davis)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER,<br><br>   Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF CALIFORNIA DAVIS,<br><br>   Defendant. | CASE NO. C 07 3505 CRB<br><br>**THE REGENTS' RULE 26(f) REPORT**<br><br>Complaint Filed: 07/5/07 |

Defendant, REGENTS OF THE UNIVERSITY OF CALIFORINA ("REGENTS"), files this Federal Rule of Civil Procedure 26(f) Report. Plaintiff Jerry Pittsenbarger and Counsel for REGENTS met and conferred over telephone conference to discuss the issues under Rule 26(f). However, due to Plaintiff's Pro Se status, we were unable to come to any agreements. We have filed a separate case management statement pursuant to Northern District Civil Local Rule 16-9. We have also completed our initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

Dated: October 3, 2007

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
   Michael J. Baytosh
   Jason G. Pope

CASE NAME: *Pittenbarger v. University of California Davis*
CASE NO.: United States District Court Case No. C 07 3505 CRB

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **October 3, 2007**, I served the following:

### THE REGENTS' RULE 26(f) REPORT

| | |
|---|---|
| X | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.<br>❏ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Jerry Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Plaintiff in Pro Per

| | |
|---|---|
| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **October 3, 2007**, at Sacramento, California.

Penny Adams

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com