**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-03505 CRB**

    **JERRY A. PITTSENBARGER  v.  UNIVERSITY OF CALIFORNIA DAVIS**

Attorneys:     Pro Se by telephone              Jason Pope

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Lydia Zinn**

**PROCEEDINGS:**                                                   **RULING:**

1.  Initial Case Management Conference   -   Held

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

  The Court grants a change of venue to the Eastern District of California

(X) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court  X

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____