**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER, | No. C 07-03505 CRB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| UNIVERSITY OF CALIFORNIA DAVIS, | |
| Defendant.                            / | |

As venue of this action is not proper here, but is proper in the Eastern District of California, this action is TRANSFERRED to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3505\orderoftransfer.wpd