UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. PITTSENBARGER, | Case Number: CV07-03505 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNIVERSITY OF CALIFORNIA DAVIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry A. Pittsenbarger
106 Edgewater Court
Hendersonville, TN 37075

Dated: October 17, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk