**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
OCT 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

October 18, 2007

U.S. District Court
Eastern District of California
Office of the Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

2:07-CV-2235 GEB DAD -PS

RE: CV 07-3505 CRB   PITTSENBARGER V. UNIVERSITY OF CALIFORNIA DAVIS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record